No. 72–694. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.;

No. 72–753. ANDERSON *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–791. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–929. CHERRY ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 410 U. S. 980.] Motion of National Jewish Commission on Law & Public Affairs for leave to file an untimely brief as *amicus curiae* granted.

No. 72–5443. BARNES *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 409 U. S. 1037.] Motion for appointment of counsel granted. It is ordered that Malcolm H. Mackey, Esquire, of Los Angeles, California, a member of the Bar of this Court, be, and he is hereby, appointed *nunc pro tunc* to serve as counsel for petitioner in this Court.

No. 72–6259. THERIAULT ET AL. *v.* ESTABLISHMENT OF RELIGION ON TAXPAYERS' MONEY IN THE FEDERAL BUREAU OF PRISONS ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 72–6298. CARTER *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 72–671. ESPINOZA ET VIR *v.* FARAH MANUFACTURING CO., INC. C. A. 5th Cir. Certiorari granted. ▮